# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Billy Tyler,

    Plaintiff,

v.

Sav Express, et al.,

    Defendants.

Case No. 18-cv-2840 (SRN/ECW)

**ORDER**

---

Based upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated October 25, 2018, to which no objections have been filed,

**IT IS HEREBY ORDERED** that

1. That the case is hereby DISMISSED without prejudice for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

2. That Tyler's application to proceed *in forma pauperis* [Doc. No. 2] ia DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 15, 2018

                                              s/Susan Richard Nelson  
                                              SUSAN RICHARD NELSON  
                                              United States District Judge